RODNEY F. BATES, JR. v. JOHN F. CALLINAN, ESQUIRE.

May 30, 1989.

Petition for certification denied.

ANDRE GORMAN v. IRMTRAUT OBERKIRCHER STATES.

May 30, 1989.

Petition for certification denied.

MAE CAPPETTA v. MONMOUTH MEDICAL
CENTER, ETC., ET AL.

May 30, 1989.

Petition for certification denied.

THOMAS BRACKIN, INC., ETC. v. DORA G. COOK.

May 30, 1989.

Petition for certification denied.